IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

14 MAY 14 PM 2:30

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| LATONYA SIMMS, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLY FASHION STORES LTD. and EXACTTARGET, INC.,<br><br>Defendants. | Civil Action File<br>No.: 1:14cv00737-WTL-DKL |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Simply Fashion Stores Ltd. in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

   U.S. Court of Appeals for the 11th Circuit
   U.S. District Court, Northern District of Georgia
   U.S. District Court, Middle District of Georgia
   U.S. District Court, Eastern District of Michigan
   U.S. District Court, District of Colorado
   U.S. District Court, Central District of Illinois
   U.S. District Court, Southern District of Illinois
   Georgia Supreme Court
   Missouri Supreme Court

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: May 13, 2104

Respectfully submitted,

_____
Nathan L. Garroway
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone:  404.527.4000
Facsimile:   404.527.4198
ngarroway@mckennalong.com

## CERTIFICATE OF SERVICE

I certify that on May 13, 2014 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

*Ronald A. Marron*
*Alexis Wood*
LAW OFFICES OF
  RONALD A. MARRON APLC
651 Arroyo Drive
San Diego, CA  92103

*Keith Eggleton*
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050

*Tonia Ouellette Klausner*
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th Floor
New York, NY 10019

                                      Respectfully submitted,

                                      _____
                                      Nathan L. Garroway
                                      ngarroway@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone:   404.527.4000
Facsimile:   404.527.4198