UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
MAY 16 2014
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

LATONYA SIMMS, on behalf of herself, )
and all others similarly situated, )
)
Plaintiff(s), )
)
v. ) Cause No. 1:14-CV-00737-WTL-DKL
)
SIMPLY FASHION STORES LTD, and )
EXACTTARGET, INC., )
)
Defendant(s). )

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of ExactTarget, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

   State Bar of California, 10/01/1992

   USDC Northern District of California, 10/20/1992

   USDC Central District of California, 10/28/1992

   USDC Southern District of California, 8/12/2002

   USDC Eastern District of California, 12/01/2003

   U.S. Court of Appeals Ninth Circuit, 3/06/2009

   U.S. Court of Appeals Eleventh Circuit, 8/23/2010

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: May 15, 2014             Respectfully submitted,

/s/ Keith E. Eggleton
Keith E. Eggleton
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
keggleton@wsgr.com

## CERTIFICATE OF SERVICE

I certify that on May 15, 2014 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Ronald A. Marron
Alexis Wood
LAW OFFICES OF
RONALD A. MARRON APLC
651 Arroyo Drive
San Diego, CA 92103

Nathan L. Garroway
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308

John T. Brooks
SHEPPARD MULLIN RICHTER & HAMPTON LLP
501 West Broadway
19th Floor
San Diego, CA 92101

_____
Keith E. Eggleton

WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile:  (650) 493-6811