UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*FILED*

MAY 16 2014

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

LATONYA SIMMS,                    )
                                  )
                                  )
            Plaintiff(s),         )
                                  )
v.                                )       Cause No. 1:14-cv-00737-WTL-DKL
                                  )
SIMPLY FASHION STORES LTD         )
and EXACTTARGET INC.,             )
                                  )
            Defendant(s).         )

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests

entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel

on behalf of ExactTarget, Inc. in the above-styled cause only. In support of this motion, the

undersigned states:

1.      I am admitted to practice and in good standing on February 20, 1996 before the

United States District Court for the Southern District of New York.

2.      I have never been disbarred or suspended from practice before any court,

department, bureau or commission of any state or the United States. I have never received a

reprimand or been subject to other disciplinary action from any such court, department, bureau or

commission pertaining to conduct or fitness as a member of the bar.

3.      I certify that I have reviewed the *Seventh Circuit Standards of Professional*

*Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and

that I will abide by these rules and standards.

4.     A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: May 15, 2014                Respectfully submitted,

Tonia Ouellette Klausner
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
(212) 497-7706
(212) 999-5899
tklausner@wsgr.com

2

## CERTIFICATE OF SERVICE

I certify that on May 15, 2014 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

**Ronald Marron**
Law Office of Ronald Marron
651 Arroyo Drive
San Diego, CA 92103
(619)696-9006
Fax: (619)564-6665
*Attorney for Plaintiff LaTonya Simms*

**Alexis Marie Wood**
Law Offices of Ronald A. Marron, APLC
651 Arroyo Drive
San Diego, CA 92103
(619)696-9006
Fax: (619)564-6665
*Attorney for Plaintiff LaTonya Simms*

**John T Brooks**
Sheppard Mullin Richter & Hampton LLP
501 West Broadway
19th Floor
San Diego, CA 92101
(619) 338-6537
*Attorney for Defendant Simply Fashion Stores, Ltd..*

_____
Tonia Ouellette Klausner

Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 497-7700
Fax: (212) 999-5899