## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

LATONYA SIMMS, on behalf of          )
herself and all others similarly      )
situated,                             )
                                      )
        Plaintiff,                 )
                                      )          Cause No. 1:14-cv-00737-WTL-DKL
v.                                    )
                                      )
SIMPLY FASHION STORES, LTD            )
and EXACT TARGET, INC.,               )
                                      )
        Defendants.                )

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S.D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Latonya Simms in the above-styled cause only. In support of this motion, the undersigned states:

1.    I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

State Bar of California, 01/12/1995

USDC Northern District of California, 01/12/1995

USDC Central District of California, 08/31/1995

USDC Southern District of California, 06/28/2000

USDC Eastern District of California, 04/20/2012

USDC Eastern District of Wisconsin, 11/19/2012

U.S. Court of Appeals Third Circuit, 01/25/2013

2.     I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state of the United States.  I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.     I certify that I have reviewed the Seventh Circuit Standards of Professional  Conduct and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.     A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for the purposes of this cause only.

Dated:  May 22, 2014                    Respectfully submitted,

Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, California 92103
Tel.: (619) 696-9006
Fax: (619) 564-6665
*ron@consumersadvocates.com*