UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LATONYA SIMMS, on behalf of herself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>SIMPLY FASHION STORES, LTD and EXACT TARGET, INC., )<br><br>Defendants. ) | Cause No. 1:14-cv-00737-WTL-DKL |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S.D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Latonya Simms in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

State Bar of California, 01/16/2013

USDC Southern District of California, 02/13/2013

USDC Central District of California, 03/01/2013

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state of the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the Seventh Circuit Standards of Professional Conduct and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for the purposes of this cause only.

Dated: May 22, 2014                    Respectfully submitted,


                                       /s/ Kas L. Gallucci
                                       Kas L. Gallucci
                                       **LAW OFFICES OF RONALD A. MARRON**
                                       651 Arroyo Drive
                                       San Diego, California 92103
                                       Tel.: (619) 696-9006
                                       Fax: (619) 564-6665
                                       *kas@consumersadvocates.com*