UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUN 19 2014
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| LATONYA SIMMS, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>SIMPLY FASHION STORES, LTD and EXACT TARGET, INC.,<br><br>      Defendants. | Cause No. 1:14-cv-00737-WTL-DKL |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S.D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Latonya Simms in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

State Bar of California, 09/22/1977

USDC Northern District of California, 1977

USDC Southern District of California, 1989

USDC Central District of California, 1989

USDC Eastern District of California, 2009

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state of the United States. I have never received a reprimand or been subject to other disciplinary action from any

such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I certify that I have reviewed the Seventh Circuit Standards of Professional Conduct and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for the purposes of this cause only.

Dated: June 2, 2014            Respectfully submitted,

Douglas J. Campion
**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel.: (619) 299-2091
Fax: (619) 858-0034
*doug@djcampion.com*

## CERTIFICATE OF SERVICE

I certify that on June 2, 2014, a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

John T. Brooks
**McKENNA, LONG & ALDRIDGE, LLP**
600 West Broadway, Suite 2600
San Diego, California 92101

Keith E. Eggleton
**WILSON, SONSINI, GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, California 94304

Nathan L. Garroway
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308

Douglas J. Campion

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034