UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

14 DEC -5  PM 4: 29

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| LATONYA SIMMS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:14-cv-00737-WTL-DKL |
| | ) | |
| SIMPLY FASHION STORES LTD | ) | |
| and EXACTTARGET INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests

entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel

on behalf of ExactTarget, Inc. in the above-styled cause only.  In support of this motion, the

undersigned states:

1.      I am admitted to practice and in good standing on January 29, 2013 before the

United States District Court for the Southern District of New York.

2.      I have never been disbarred or suspended from practice before any court,

department, bureau or commission of any state or the United States.  I have never received a

reprimand or been subject to other disciplinary action from any such court, department, bureau or

commission pertaining to conduct or fitness as a member of the bar.

3.      I certify that I have reviewed the *Seventh Circuit Standards of Professional*

*Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and

that I will abide by these rules and standards.

4.    A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: December 4, 2014          Respectfully submitted,

Craig E. Bolton
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
(212) 497-7723
(212) 999-5899
cbolton@wsgr.com

2

## CERTIFICATE OF SERVICE

I certify that on December 4, 2014 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

**Ronald A. Marron**
**Alexis Wood**
**Kas Gallucci**
Law Offices of Ronald A. Marron, APLC
651 Arroyo Drive
San Diego, CA 92103
(619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com
*Attorney for Plaintiff LaTonya Simms*

**Douglas J. Campion**
Law Offices of Douglas J. Campion, APC
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
(619) 299-2091
Fax: (619) 858-0034
doug@djcampion.com
*Attorney for Plaintiff LaTonya Simms*

**Nathan L. Garroway**
McKenna Long & Aldridge LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
(404) 527-4000
Fax: (404) 527-4198
*Attorney for Defendant Simply Fashion Stores, Ltd..*

Sandra Singh
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 497-7700
Fax:  (212) 999-5899