IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LATONYA SIMMS, on behalf of herself, and all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>EXACTTARGET, LLC,<br><br>  Defendant. | Cause No. 1:14-CV-00737-WTL-DLP |

## **JOINT NOTICE REGARDING CHANGE TO INTERNET BANNER**

Plaintiff Latonya Simms ("Plaintiff") and defendant ExactTarget, LLC ("ExactTarget") respectfully submit this joint notice advising the Court of a change to the form of the Internet Banner Notice that the parties intend to use as part of the Court-approved notice plan. Specifically, the Claims Administrator has recommended that the Internet Banner Notice utilize a different stock photo in the background. The original form of the Internet Banner Notice was submitted to the Court along with Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* Dkt. 159-2 at 44-45 (Exhibit C to the Class Action Settlement Agreement and Release). A copy of the original form of Internet Banner Notice is also attached hereto as Exhibit 1. While the substitution of the background photo is not a material change to the Internet Banner Notice or the Settlement Agreement, the parties wanted to notify the Court of the substitution as the original Internet Banner Notice was previously submitted to the Court. The revised form of Internet Banner Notice is attached hereto as Exhibit 2. Counsel are available should the Court wish to discuss the Claims Administrator's reasoning for the change.

Dated:  March 14, 2018					Respectfully submitted,


							**WILSON SONSINI GOODRICH & ROSATI**
							**Professional Corporation**

							s/ Tonia Ouellette Klausner
							Tonia Ouellette Klausner (*admitted pro hac vice*)
							1301 Avenue of the Americas 40th Floor
							New York, New York 10019
							Telephone: (212) 497-7706
							Facsimile: (212) 999-5899
							tklausner@wsgr.com

							Keith E. Eggleton *(admitted pro hac vice)*
							650 Page Mill Road
							Palo Alto, California 94304
							Telephone: (650) 493-9300
							Facsimile: (650) 565-5100
							keggleton@wsgr.com

							*Counsel for Defendant ExactTarget, LLC*


							**LAW OFFICES OF RONALD A. MARRON**

							s/ Ronald A. Marron
							Ronald A. Marron (*admitted pro hac vice*)
							ron@consumersadvocates.com
							Alexis M. Wood (*admitted pro hac vice*)
							alexis@consumersadvocates.com
							Kas L. Gallucci (*admitted pro hac vice*)
							kas@consumersadvocates.com
							651 Arroyo Drive
							San Diego, California 92103
							Tel.: (619) 696-9006
							Fax: (619) 564-6665

							*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2018, a true and correct copy of the foregoing **JOINT NOTICE REGARDING CHANGE TO INTERNET BANNER** was filed electronically, and will be available for viewing and downloading from the Court's CM/ECF System. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF System.

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

s/ Tonia Ouellette Klausner
Tonia Ouellette Klausner (*admitted pro hac vice*)
1301 Avenue of the Americas 40th Floor
New York, New York 10019
Telephone: (212) 497-7706
Facsimile: (212) 999-5899
tklausner@wsgr.com