# Exhibit 1



**Desktop News Feed**

**Class Action Notice**
Sponsored

👍 Like Page

If you received a text message on your cell phone from Simply Fashion between July 23, 2009 and September 30, 2013, you could receive benefits in a Settlement.



**Simply Fashion Settlement**

SETTLEMENTSITE.COM

Learn More

👍 Like     💬 Comment     ↪ Share

**If you received a text message on your cell phone**

from

**Simply Fashion**

between

July 23, 2009 and September 30, 2013

you could receive benefits in a Settlement.

