# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LATONYA SIMMS, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXACTTARGET, LLC,<br><br>Defendant. | Cause No.: 1-14-CV-00737-WTL-DLP |

**PLAINTIFF LATONYA SIMMS' MOTION FOR APPROVAL OF ATTORNEYS' FEES, COST AND INCENTIVE AWARD**

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (CA SBN 175650)
(*admitted pro hac vice*)
*ron@consumersadvocates.com*
ALEXIS WOOD (CA SBN 270200)
(*admitted pro hac vice*)
*alexis@consumersadvocates.com*
KAS GALLUCCI (CA SBN 288709)
(*admitted pro hac vice*)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:   (619) 696-9006
Facsimile:   (619) 564-6665

*Class Counsel*

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that on July 20, 2018, at 1:30 p.m., in Room 202, 46 E. Ohio Street, Indianapolis, Indiana, Plaintiff will present her Motion for Approval of Attorneys' Fees, Costs and Incentive Payment. Pursuant to Federal Rule of Civil Procedure 23(h), Plaintiff Latonya Simms ("Plaintiff"), respectfully requests that the Court enter an Order approving her request for an award of reasonable attorneys' fees and expenses to Class Counsel, and an incentive award for her role as Class Representative in connection with the Parties' proposed class action settlement of this matter. Plaintiff's motion is based up on her Notice of Motion, the Memorandum (and the declarations and exhibits attached thereto) in support of the motion, and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith.

WHEREFORE, Plaintiff, individually and on behalf of the Settlement Class, respectfully requests that the Court enter an Order (1) approving an award of $2,073,750.00, in attorneys' fees and costs to Class Counsel, (2) approving an incentive award of $5,000 in recognition of her efforts on behalf of the Settlement Class, and (3) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

Dated: May 22, 2018

By: */s/ Ronald A. Marron*
RONALD A. MARRON
ALEXIS WOOD
KAS GALLUCCI
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Class Counsel*